UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOUSHAR BAERGA,                                    Case No.:  6:19-CV-2409-Orl-37DCI
    Plaintiff,
v.

JOHN MINA, in his official capacity
as Orange County Sheriff; and
DEPUTY FEKI TAI, in his individual capacity,
    Defendants.
_____/

**PLAINTIFF'S OBJECTION TO SECOND AMENDED NOTICE OF TAKING VIDEO-TAPED DEPOSITION OF PLAINTIFF AND MOTION FOR PROTECTIVE ORDER**

    The Plaintiff, LOUSHAR BAERGA, by and through the undersigned attorneys, hereby objects to the Defendant's Second Amended Notice of Taking Video-Taped Deposition of Plaintiff in person, on December 1, 2020, and files this Motion for Protective Order for the following reasons:

1. Defendant's counsel requested to take a virtual deposition of the Plaintiff.

2. Plaintiff's counsel and Defendant's counsel agreed to conduct the Plaintiff's deposition on October 6, 2020, at 10:00 am via ZOOM. A true and correct copy of the Notice of Taking Video-Taped Deposition of Plaintiff is attached as "Exhibit A".

3. Thereafter, Defendants requested to reschedule the deposition as additional items were needed by Defendants to conduct the deposition.

4. As such, Plaintiff's counsel and Defendant's counsel previously to reschedule the Plaintiff's deposition on November 4, 2020, at 10:00 am via ZOOM. A true and correct copy of the First Amended Notice of Take Video-Taped Deposition of Plaintiff is attached as "Exhibit B".

1

5. The Plaintiff was ready, willing and able to conduct the ZOOM deposition on November 4, 2020, as per the agreement by the parties.

6. However, prior to the November 4, 2020, ZOOM deposition, Defendant's counsel requested to take an in person deposition of the Plaintiff instead.

7. Plaintiff's counsel advised Defendant's counsel that the Plaintiff was immune-compromised and an in-person deposition was not feasible due to COVID-19 health concerns, the advisement of Plaintiff's Doctor to limit in-person interaction, and to secure the welfare of Plaintiff's health.

8. Defendant's counsel unilaterally cancelled the November 4, 2020, ZOOM deposition since Plaintiff was unable to appear in-person for the deposition. A true and correct copy of the Notice of Cancellation of Deposition is attached as "Exhibit C".

9. Thereafter, Plaintiff's counsel informed Defendant's counsel that Plaintiff is ready, willing and able to appear at a ZOOM deposition, which was previously agreed upon by the parties, and to reschedule the Plaintiff's cancelled deposition.

10. Once again, Plaintiff's counsel informed Defendant's counsel of Plaintiff's ability to readily conduct a ZOOM virtual deposition due to Plaintiff's immune-compromised health and Doctor's advisement to socially distance.

11. However, Defendant's attorney, thereafter, filed and Noticed the Second Amended Notice of Taking Video-Taped Deposition of Plaintiff for December 1, 2020, at 1:00 pm at Orange Legal, 633 E. Colonial Drive, Orlando, FL 32803 in person. A true and correct copy of the Second Amended Notice of Taking Video-Taped Deposition of Plaintiff is attached as "Exhibit D".

12. Plaintiff's counsel has objected to an in-person deposition of Plaintiff multiple times due to Plaintiff's immune-compromised health.

13. The Plaintiff is ready, willing and able to conduct her deposition via ZOOM on December 1, 2020, at 1:00 pm due to her health and COVID-19 social distancing guidelines.

14. Plaintiff's attorney and Defendant's attorney conducted a good faith teleconference on Friday, November 13, 2020, in which Defendant's attorney stated that an in person deposition was required as the Defendants have voluminous documents and videos for the Plaintiff to testify during her deposition.

15. Further, Defendant was also in objection to conduct the Plaintiff's deposition as the Defendants wanted to also appear at the Plaintiff's deposition.

16. However, a ZOOM deposition allows for the Plaintiff to view documents during the deposition with the "Share Screen" feature, the Plaintiff's attorneys are able to receive the deposition documents before hand and also provide hard copies to the Plaintiff in advance of the deposition. This will allow the Plaintiff to have all documents in front of her for a virtual deposition.

17. Further, Plaintiff's attorneys have no objection for the Defendants to appear on the deposition via ZOOM as ZOOM allows multiple parties to appear virtually for a deposition without any issues.

18. Therefore, the Plaintiff, LOUSHAR BAERGA, respectfully requests that Defendant update and schedule the Second Amended Notice of Taking Video-Taped Deposition of Plaintiff on December 1, 2020, at 1:00 pm via ZOOM and to allow the Court to rule upon the objections and Motion for Protective Order.

WHEREFORE, the Plaintiff, LOUSHAR BAERGA, respectfully moves this Court to grant her Objection and for Defendant to update and schedule the Second Amended Notice of Taking Video-Taped Deposition of Plaintiff on December 1, 2020, at 1:00 pm via ZOOM and Grant the Motion for Protective Order, as set forth above.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

I HEREBY CERTIFY that:

(1) The undersigned/moving counsel has conferred with opposing counsel, Brian F. Moes, Esq., Attorney for Defendants, on November 13, 2020; and

(2) Opposing counsel would not agree to on the resolution of the motion which required the filing of this instant motion.

By: /s/*Wendell Davison*
Wendell E. Davison, Esq.
Florida Bar No. 36965
Davison & O'Neil, PLLC
390 N. Orange Ave
Orlando, FL 32801
Tel. 407-403-6740
Fax: 407-641-8902
E-Mail: WDavison@DavisonOneil.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this PLAINTIFF'S OBJECTION TO SECOND AMENDED NOTICE OF TAKING VIDEO-TAPED DEPOSITION OF PLAINTIFF AND MOTION FOR PROTECTIVE ORDER has been furnished via electronic filing to: Walter A. Ketcham, Esq. and Brian F. Moes, Esq. of the law firm of Grower, Ketcham, Edie, Telan & Meltz, P.A., PO Box 538065, Orlando, FL 32853-8065, waketcham@growerketcham.com, bfmoes@growerketcham.com, enotice@growerketcham.com, aremedios@growerketcham.com,  this 15th day of November 2020:

Respectfully submitted,

By: /s/*Adam O'Neil*                              By: /s/*Wendell Davison*
Adam C. O'Neil, Esq.                                Wendell E. Davison, Esq.
Florida Bar No. 0103120                           Florida Bar No. 36965

Davison & O'Neil, PLLC  
390 N. Orange Ave  
Orlando, FL 32801  
Tel. 407-403-6740  
Fax: 407-641-8902  
E-Mail: AOneil@DavisonOneil.com  
Attorney for Plaintiff  

Davison & O'Neil, PLLC  
390 N. Orange Ave  
Orlando, FL 32801  
Tel. 407-403-6740  
Fax: 407-641-8902  
E-Mail: WDavison@DavisonOneil.com  
Attorney for Plaintiff  

By: /s/*Tushaar Desai*  
Tushaar Desai, Esq.  
Florida Bar No. 58501  
Desai Law Group, P.A.  
1916 E. Robinson St.  
Orlando, FL 32803  
Tel. 407-895-8707  
Fax: 866-514-9933  
E-Mail: TD@DLGesq.com  
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:19-cv-2409-ORL-37-DCI

LOUSHA BAERGA,

    Plaintiff,

vs.

JOHN MINA in his capacity as Orange
County Sheriff, and
DEPUTY FEKI TAI, in his individual
capacity,

    Defendants.
_____/

### NOTICE OF TAKING VIDEO-TAPED DEPOSITION OF PLAINTIFF

PLEASE TAKE NOTICE that the undersigned will take the video-taped deposition of **LOUSHAR BAERGA** on **Tuesday, October 6, 2020** at **10:00 a.m.** at **via Zoom** before Orange Legal, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue until testimony shall be complete.

This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as authorized by law and the Florida Rules of Civil Procedure.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2020, the foregoing was sent electronically to the following parties: Wendell E. Davison, Esq. and Adam O'Neil, Esq., Davison & O'Neil,

EXHIBIT "A"

PLLC, 390 N. Orange Avenue, Suite 2300, Orlando, FL 32801 and Tushaar Desai, Esq., Desai Law Group, P.A., 1916 E. Robinson St., Orlando, FL 32803.

        /s/Brian F. Moes
        Walter A. Ketcham, Jr., Esquire
        Florida Bar No. 156630
        Brian F. Moes, Esquire
        Florida Bar No. 39403
        Counsel for Defendants
        Grower, Ketcham, Eide, Telan & Meltz, P.A.
        PO Box 538065
        Orlando, FL 32853-8065
        Phone: (407) 423-9545
        Fax:   (407) 425-7104
        Email: waketcham@growerketcham.com
               bfmoes@growerketcham.com
               aremedios@growerketcham.com
               enotice@growerketcham.com

cc: Orange Legal

13882:1429

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:19-cv-2409-ORL-37-DCI

LOUSHA BAERGA,

    Plaintiff,

vs.

JOHN MINA in his capacity as Orange
County Sheriff, and
DEPUTY FEKI TAI, in his individual
capacity,

    Defendants.

_____/

**FIRST AMENDED NOTICE OF TAKING**
**VIDEO-TAPED DEPOSITION OF PLAINTIFF\***
**\*Amended as to Date Only**

PLEASE TAKE NOTICE that the undersigned will take the video-taped deposition of **LOUSHAR BAERGA** on **Wednesday, November 4, 2020** at **10:00 a.m. via Zoom** before Orange Legal, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue until testimony shall be complete.

This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as authorized by law and the Florida Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2020, the foregoing was sent electronically to the following parties: Wendell E. Davison, Esq. and Adam O'Neil, Esq., Davison & O'Neil,

EXHIBIT "B"

PLLC, 390 N. Orange Avenue, Suite 2300, Orlando, FL 32801 and Tushaar Desai, Esq., Desai Law Group, P.A., 1916 E. Robinson St., Orlando, FL 32803.

/s/Brian F. Moes
Walter A. Ketcham, Jr., Esquire
Florida Bar No. 156630
Brian F. Moes, Esquire
Florida Bar No. 39403
Counsel for Defendants
Grower, Ketcham, Eide, Telan & Meltz, P.A.
PO Box 538065
Orlando, FL 32853-8065
Phone: (407) 423-9545
Fax:    (407) 425-7104
Email: waketcham@growerketcham.com
         bfmoes@growerketcham.com
         aremedios@growerketcham.com
         enotice@growerketcham.com

cc: Orange Legal

13882:1670

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:19-cv-2409-ORL-37-DCI

LOUSHA BAERGA,

    Plaintiff,

vs.

JOHN MINA in his capacity as Orange
County Sheriff, and
DEPUTY FEKI TAI, in his individual
capacity,

    Defendant.
_____/

## NOTICE OF CANCELLATION OF DEPOSITION

PLEASE TAKE NOTICE that the deposition of **LOUSHAR BAERGA on November 4, 2020 at 10:00 a.m. via Zoom,** scheduled by the undersigned is hereby **CANCELLED.**

Defendants sought to amend the Notice solely to allow for in-person attendance of Deputy Tai and undersigned counsel. Plaintiff has objected to an in-person deposition claiming health reasons notwithstanding Defendants' assurances that the deposition would be conducted in strict compliance with CDC business and workplace guidelines. Accordingly, this Notice is being served so that Plaintiff's deposition can be re-noticed with enough time to allow Plaintiff the opportunity to take whatever action she deems appropriate by way of seeking a protective order or implementing other safety measures.

PLEASE TAKE FURTHER NOTICE that Defendants reserve the right to re-notice this deposition.

EXHIBIT "C"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2020, the foregoing was sent electronically to the following parties: Wendell E. Davison, Esq. and Adam O'Neil, Esq., Davison & O'Neil, PLLC, 390 N. Orange Avenue, Suite 2300, Orlando, FL 32801 and Tushaar Desai, Esq., Desai Law Group, P.A., 1916 E. Robinson St., Orlando, FL 32803.

                s/Brian Moes
                Walter A. Ketcham, Jr., Esquire
                Florida Bar No. 156630
                Brian F. Moes, Esquire
                Florida Bar No. 39403
                Counsel for Defendants
                Grower, Ketcham, Eide, Telan & Meltz, P.A.
                PO Box 538065
                Orlando, FL 32853-8065
                Phone: (407) 423-9545
                Fax:    (407) 425-7104
                Email: waketcham@growerketcham.com
                        bfmoes@growerketcham.com
                        enotice@growerketcham.com
                        aremedios@growerketcham.com

cc: Orange Legal

13882:1881

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:19-cv-2409-ORL-37-DCI

LOUSHA BAERGA,

    Plaintiff,

vs.

JOHN MINA in his capacity as Orange
County Sheriff, and
DEPUTY FEKI TAI, in his individual
capacity,

    Defendants.

_____/

**SECOND AMENDED NOTICE OF TAKING
VIDEO-TAPED DEPOSITION OF PLAINTIFF\***
**\*Amended as to Date, Time and Location**

PLEASE TAKE NOTICE that the undersigned will take the video-taped deposition of **LOUSHAR BAERGA** on **Tuesday, December 1, 2020** at **1:00 p.m. at Orange Legal, 633 E. Colonial Drive, Orlando, Florida 32803,** before Orange Legal, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue until testimony shall be complete.

This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as authorized by law and the Florida Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 4, 2020, the foregoing was sent electronically to the following parties: Wendell E. Davison, Esq. and Adam O'Neil, Esq., Davison & O'Neil,

Exhibit "D"

PLLC, 390 N. Orange Avenue, Suite 2300, Orlando, FL  32801 and Tushaar Desai, Esq., Desai Law Group, P.A., 1916 E. Robinson St., Orlando, FL 32803.

/s/Brian F. Moes
Walter A. Ketcham, Jr., Esquire
Florida Bar No. 156630
Brian F. Moes, Esquire
Florida Bar No.  39403
Counsel for Defendants
Grower, Ketcham, Eide, Telan & Meltz, P.A.
PO Box 538065
Orlando, FL  32853-8065
Phone: (407) 423-9545
Fax:    (407) 425-7104
Email: waketcham@growerketcham.com
         bfmoes@growerketcham.com
         aremedios@growerketcham.com
         enotice@growerketcham.com

cc:  Orange Legal

13882:1913

2