**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:19-cv-2409-ORL-37-DCI**

LOUSHA BAERGA,

      Plaintiff,

vs.

JOHN MINA in his capacity as Orange
County Sheriff, and
DEPUTY FEKI TAI, in his individual
capacity,

      Defendants.

_____/

**<u>JOINT MOTION TO CONDUCT MEDIATION CONFERENCE REMOTELY</u>**

Plaintiff, LOUSHA BAERGA and Defendants, JOHN MINA, in his official capacity

as Sheriff of Orange County, Florida, and DEPUTY FEKI TAI, in his individual capacity,

(collectively, the "Parties") by and through their undersigned counsel, file this Joint Motion

to Conduct Mediation Conference Remotely.

1.      The Case Management and Scheduling Order ("CMSO") states:

Each attorney acting as lead trial counsel, and each party (and in the case of a
corporate party, a corporate representative) with full authority to settle, shall attend
and participate in the mediation conference.

[Doc. 28 p. 12].

2.      Mediation in this case must occur on or before January 22, 2021. [Doc. 28 p.

3].

3.      Mediation is scheduled to take place on December 9, 2020.

4.      All necessary parties will be in attendance including the Plaintiff, Plaintiff's counsel, Defendant Feki Tai and his counsel, Ann-Marie Delahunty who will be serving as the corporate representative for the Orange County Sheriff's Office, and Marlyne Clark who is Claims Counsel for the Florida Sheriffs Risk Management Fund and has full authority to settle for the full value of the claim or policy limit as required by the CMSO.

5.      In light of CDC social distancing guidelines, the parties have agreed that mediation should be conducted remotely via video conference.

6.      The Parties have agreed that mediation will not be hampered by remote attendance.[1] *See It Works Mktg. v. Melaleuca, Inc.*, No. 8:20-cv-1743, 2020 U.S. Dist. LEXIS 162962, at *6 (M.D. Fla. Aug. 21, 2020) (permitting mediation to be held through Zoom in light of the Covid-19 pandemic).

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter and Order permitting the Parties to conduct mediation via video conference.

## 3.01(g) CERTIFICATION

Counsel for the Parties conferred on the relief sought herein via email on December 3, 2020 and agree to the requested relief.

---

[1] The Parties acknowledge that they disagreed on whether to conduct Plaintiff's recent deposition remotely or in-person. [Docs. 43-44]. The Defendants' insisted on an in-person deposition primarily because Defendants' counsel needed to question Plaintiff on multiple videos of her arrest. Such questioning with the use of video presents logistical and practical problems when carrying out a deposition remotely.  Those problems are not present with a remote mediation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2020, I electronically filed the foregoing using the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to the following parties: Walter A. Ketcham, Jr., Esq./Brian F. Moes, Esq./G. Ryan Dietrich, Esq., Grower Ketcham, PO Box 538065, Orlando, FL  32853-8065; Wendell E. Davison, Esq. and Adam O'Neil, Esq., Davison & O'Neil, PLLC, 390 N. Orange Avenue, Suite 2300, Orlando, FL  32801 and Tushaar Desai, Esq., Desai Law Group, P.A., 1916 E. Robinson St., Orlando, FL 32803.

s/ Brian Moes
Walter A. Ketcham, Jr., Esquire
Florida Bar No. 156630
Brian F. Moes, Esquire
Florida Bar No.  39403
G. Ryan Dietrich, Esquire
Florida Bar No. 1007940
Counsel for Defendants
Grower, Ketcham, Eide, Telan & Meltz, P.A.
PO Box 538065
Orlando, FL  32853-8065
Phone: (407) 423-9545
Fax:    (407) 425-7104
Email:  waketcham@growerketcham.com
         bfmoes@growerketcham.com
         grdietrich@growerketcham.com
         enotice@growerketcham.com
         aremedios@growerketcham.com
Counsel for Defendants

s/ Adam O'Neil
Adam C. O'Neil, Esquire
Florida Bar No. 0103120

s/ Wendell Davison
Wendell E. Davison, Esquire
Florida Bar No. 36965

3

Davison & O'Neil, PLLC
390 N. Orange Avenue
Orlando, FL  32801
Phone: (407) 403-6740
Fax:    (407) 641-8902
Email: AO'neil@DavisonOneil.com
Counsel for Plaintiff

Davison & O'Neil, PLLC
390 N. Orange Avenue
Orlando, FL  32801
Phone: (407) 403-6740
Fax:    (407) 641-8902
Email: WDavison@DavisonOneil.com
Counsel for Plaintiff

s/ Tushaar Desai
Tushaar Desai, Esquire
Florida Bar No. 58501
Desai Law Group, PA
1916 E Robinson Street
Orlando, FL  32803
Phone: (407) 895-8707
Fax:    (866) 514-9933
Email: TD@DLGesq.com
Counsel for Plaintiff

13882:2479